COURT OF APPEALS










COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
  
  
  
  
 IN RE:  ANTONIO SEPEDA,
  
                            
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
  
  
 No. 08-01-00314-CV
  
 AN ORIGINAL
 PROCEEDING
  
 IN
 MANDAMUS
 
 




 

 

O P I N I O N

 

Pro-se relator,
Antonio Sepeda, asks this Court to issue a writ of
mandamus against Respondent, the Honorable James Rex, Judge
of the 109th District Court of Andrews County. 
Based on the record before us, we deny the petition.  See Tex.
R. App. P. 52.7(a),
52.8(a).  Our denial
of the petition shall not be construed as a ruling on the merits. 

July
 26 , 2002

RICHARD BARAJAS, Chief Justice

 

 

Before
Panel No. 2

Barajas,
C.J., McClure, and Chew, JJ.

 

(Do
Not Publish)